SO ORDERED.

SIGNED this 9th day of December, 2013.


UNITED STATES BANKRUPTCY JUDGE



C-13-15(c)(ECF)
(Rev. 11/04)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Motion and Order** |
| DOLLY WILLIAMS MELTON | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B-13-50489 C-13W |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

An Automatic Dismissal Order was previously entered which provided that this Chapter 13 Case would be dismissed without further hearing and without further notice in the event of future default in plan payments.

Default has now occurred. Payments were made as follows:

        November 2013        $0000.00
        December 2013        $4000.00 (partial payment)

Because of default in plan payments, the Trustee recommends that this Chapter 13 case be dismissed without further notice and without further hearing.

Date: December 6, 2013        s/ Kathryn L. Bringle
KLB/lm        Kathryn L. Bringle, Standing Trustee

---

## ORDER

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and the case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served list.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
13-50489 C-13W

```
DOLLY WILLIAMS MELTON
1811 POLO ROAD
WINSTON SALEM NC 27106

WENDELL SCHOLLANDER III
SCHOLLANDER LAW OFFICES
2000 W FIRST STREET SUITE 308
WINSTON SALEM NC 27104

KATHRYN L BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON SALEM NC 27102-2115
```